SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABDOLAZIZ TASSAVOR,<br><br>           Plaintiff,<br><br>    v.<br><br>ALBERTO GONZALES, Attorney General of the United States, in his Official Capacity;<br>ROBERT S. MUELLER, Director of FBI, in his Official Capacity;<br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, in his Official Capacity;<br>EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services, in his Official Capacity;<br>DAVID N. STILL, District Director of the San Francisco Citizenship and Immigration Service Office, in his Official Capacity;<br>FRANCIS D. SICILIANO, Officer-in-Charge of USCIS San Jose Office, in his Official Capacity,<br><br>           Defendants. | No. C 07-0550 PVT<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

Stip. to Dismiss
C07-0550 PVT                                     1

adjudicate such application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

Date: May 17, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: May 17, 2007

THEODORE C. CHEN
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 5/18/07

PATRICIA V. TRUMBULL
United States Magistrate Judge

Stip. to Dismiss
C07-0550 PVT

2